UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Jeffrey Acevedo-Heredia<br><br>    Plaintiff<br><br>v.<br><br>Hospital Veterinario San Francisco de Asis, C.S.P. et al<br>    Defendant(s) | CIVIL ACTION NO:<br><br>3:16-cv-01477-CVR |

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff Jeffrey Acevedo Heredia, through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41 hereby move to dismiss all claims in this action WITH PREJUDICE as to **ALL DEFENDANTS** in this case:

1. The parties have reached a Settlement Agreement and Release ("Settlement Agreement") whereby plaintiff agreed to a full settlement and release of all his claims including, without limitations, those asserted as well as those which could have been asserted and all claims contained in plaintiff's instant action, against defendant.

2. The parties have agreed that the terms and conditions of their Settlement Agreement shall be maintained confidential and that not additional disclosure of any of its terms will be made to third parties.

3. Therefore, the appearing party request from this Honorable Court the dismissal with prejudice of all plaintiff's claims against all defendants without special imposition of costs, expenses and/or attorney's fees. The parties also, request that the judgment entered herein be final and unappealable.

Respectfully submitted,

S/JOSE CARLOS VELEZ-COLÓN, ESQ.
USDC-PR NO.: 231014
jcvelezcolon@gmail.com

PO BOX 2013
BAYAMON, PR 00960-2013

TEL: (787) 599-9003

*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn will send notification of such filing to all attorneys of record.

In San Juan, Puerto Rico, this 13 day of March, 2018.

**/S/JOSE CARLOS VELEZ-COLON, ESQ.**
**USDC-PR 231014**
PO BOX 2013
BAYAMON, PR 00960
Tel.: (787) 599-9003

Email: jcvelezcolon@gmail.com